McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MITCHELL TODD BECHTOLD,<br><br>        Plaintiff,<br><br>vs.<br><br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | ) Case No.: 2:19-cv-00085-DMC<br>)<br>) STIPULATION AND ORDER FOR AN<br>) EXTENSION OF TIME<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary

Judgment be extended from September 6, 2019, to October 7, 2019. This is Defendant's first

request for an extension of time to respond to Plaintiff's motion. Defendant requests this

extension due to an extremely heavy workload, including more than one-hundred (100) active

cases in district court. The parties further stipulate that the Court's Scheduling Order shall be

modified accordingly.

1

2                                              Respectfully submitted,

3    Dated:  September 5, 2019              */s/ Joseph Clayton Fraulob*
                                            Joseph Clayton Fraulob
4                                           (*By email authorization)
                                            Attorney for Plaintiff
5

6
     Dated:  September 5, 2019              McGREGOR W. SCOTT
7                                           United States Attorney

8
                                   By:      */s/ Michael K. Marriott*
9                                           MICHAEL K. MARRIOTT
                                            Special Assistant U.S. Attorney
10                                          Attorneys for Defendant

11

12

13                                          ORDER

14

15   APPROVED AND SO ORDERED:

16

17   Dated:  September 5, 2019

18                                          DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28