McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8985
     Facsimile: (415) 744-0134
     E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| MITCHELL TODD BECHTOLD, | ) Case No.: 2:19-cv-00085-DMC |
|      Plaintiff, | ) STIPULATION AND ORDER FOR AN ) EXTENSION OF TIME |
|      vs. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
|      Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from October 7, 2019, to November 6, 2019.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant requests this extension due to a recent death in counsel's family requiring counsel to leave town at short notice.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 7, 2019                    /s/ Joseph Clayton Fraulob*
                                          Joseph Clayton Fraulob
                                          (*By email authorization)
                                          Attorney for Plaintiff


Dated: October 7, 2019                    McGREGOR W. SCOTT
                                          United States Attorney

                              By:         /s/ Michael K. Marriott
                                          MICHAEL K. MARRIOTT
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant




                              ORDER


APPROVED AND SO ORDERED:

 Dated: October 7, 2019

                                          _____
                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE